# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLANDROS DANIELLE JUNE JR.,<br><br>        Plaintiff,<br><br>    v.<br><br>ROGELIO NUNEZ ET AL.,<br><br>        Defendants. | Case No. 2:24-cv-02658-DOC (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Action for Lack of Prosecution, **IT IS ADJUDGED** that this action is dismissed without prejudice.

DATED: September 30, 2024

_David O. Carter_
DAVID O. CARTER
United States District Judge